OPINION — AG — ** SLANDER — LIBEL — PRIVILEGED COMMUNICATIONS ** 40 O.S. 4-511 [40-4-511] 'MAY' LAWFULLY PRECLUDE A LIBEL OR SLANDER ACTION BASED UPON THE DOCTRINE OF ABSOLUTE PRIVILEGED COMMUNICATIONS. (EMPLOYMENT SECURITIES COMMISSION, COMMUNICATIONS, EMPLOYER — EMPLOYEE, ORAL — WRITTEN, CONFIDENTIAL COMMUNICATIONS, LEGAL ACTION, LABOR) CITE: 40 O.S. 4-511 [40-4-511] (RICHARD MILDREN)